FILED

JUL 3 0 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10         **(HONORABLE GORDON THOMPSON, JR.)**

11  UNITED STATES OF AMERICA,      )    CASE NO. 11cr4107-GT
                                   )
12             Plaintiff,          )
                                   )
13  v.                             )    PROPOSED ORDER TO CONTINUE
                                   )    FINAL SUPERVISED RELEASE
14  **LUIS ENRIQUE AVILA-ACOSTA,** )    REVOCATION HEARING
                                   )
15             Defendant.          )
    _____)
16

17         **JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD**

18  **CAUSE appearing, IT IS HEREBY ORDERED**, that defendant LUIS ENRIQUE

19  AVILA-ACOSTA, final supervised release revocation hearing be continued from July

20  31, 2013, to **Friday, August 8, 2014 at 9:30 a.m.**

21         **SO ORDERED.**

22

23  Dated: ___3 0 JUL 2014___

24                                      **HONORABLE GORDON THOMPSON, JR.**
                                        United States District Judge
25

26

27

28